IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| BRUCE ALAN CATHEY | CASE NO: 17-52865 |
| Debtor | JUDGE ALAN M. KOSCHIK |

**TRUSTEE'S DECLINATION OF APPOINTMENT**

Now comes Marc P. Gertz, duly appointed Trustee in the above-captioned matter, and does hereby gives notice that his appointment as Trustee in the above-captioned matter creates a conflict of interest and therefore said Trustee is recused from the above-captioned proceeding.

/s/ Marc P. Gertz
Marc P. Gertz, #0003808
Chapter 7 Trustee
Goldman & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
Phone: 330.376.8336
Fax: 330.376.2522
mpgertz@goldman-rosen.com

## CERTIFICATION OF SERVICE

I certify that on June 28, 2018, a true and correct copy of **Trustee's Notice of Recusal** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Jack B. Cooper on behalf of debtor, at jbcooper@dayketterer.com

    US Trustee

And by regular U.S. mail, postage paid, on:

    Bruce Alan Cathey at 418 Caston Rd., C-1, Akron, OH 44319

                                    /s/ Marc P. Gertz
                                    Marc P. Gertz, #0003808